**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

PEDRO LUIS BAEZ-SANTOS,        )
                                          )
      Petitioner,              )
                                          )
v.                               )  Case No. CIV-26-70-SLP
                                          )
MARK SIEGEL, et al.,         )
                                          )
      Respondents.          )

## O R D E R

The Court is in receipt of Respondents' Objection [Doc. No. 16] to the Report and Recommendation.  Given the nature of these proceedings, the Court expedites the Petitioner's deadline to file an optional response to the Objection, *see* Fed. R. Civ. P. 72(b)(2), making the response due on or before March 20, 2026.  Should Petitioner or his counsel wish to respond to the Objection and require more time, Petitioner shall file a motion seeking additional time.

IT IS SO ORDERED this 17th day of March, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE