**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| PEDRO LUIS BAEZ-SANTOS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-70-SLP |
| | ) | |
| DON JONES, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## J U D G M E N T

In accordance with the Court's Order entered this same date, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is GRANTED in PART.  As directed in the Order, Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a), or release Petitioner.

ENTERED this 19th day of March, 2026.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE